UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON McCRACKEN, an Individual,

Plaintiff,

vs.

SO, LLC, dba EAGLE PROMOTIONS, a Nevada Limited Liability Company, and DOES 1 through 10, Inclusive,

Defendants.

Case No.: 2:26-cv-01756-RSM

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**ORDER**

The Court has reviewed the Parties' Stipulation. Good cause appearing, IT IS HEREBY ORDERED that this action, including all claims and causes of action asserted in it, is DISMISSED in its entirety WITH PREJUDICE. Each Party shall bear its own attorneys' fees and costs. The Clerk is directed to close this case.

Dated this 10th day of November, 2026.

Ricardo S. Martinez
United States District Judge